**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfredo GRACIDAS–ULIBARRY,
Defendant–Appellant.**

No. 01–50145.

D.C. No. CR–98–00254–T.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge,
TROTT and PAEZ, Circuit Judges.

MEMORANDUM **

Alfredo Gracidas–Ulibarry appeals his 77–month sentence imposed following our remand for resentencing in *United States v. Gracidas–Ulibarry,* 231 F.3d 1188 (9th Cir.2000) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We affirm in part and remand in part.

Gracidas–Ulibarry was convicted following a bench trial for attempting to reenter the United States after deportation, in violation 8 U.S.C. § 1326. Gracidas–Ulibarry's sentence was enhanced pursuant to U.S.S.G. § 2L1.2 and he contends that under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), his sentence should not have exceeded the two-year maximum set forth in 8 U.S.C. § 1326(a). Gracidas–Ulibarry also contends that *Apprendi* limited *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) to its unique facts, and that 8 U.S.C. § 1326(b)(2) is unconstitutional in light of *Apprendi.*

Contrary to Gracidas–Ulibarry's assertions, all of his contentions are foreclosed by our decisions in *United States v. Pacheco–Zepeda,* 234 F.3d 411, 414–15 (9th Cir. 2000), cert. denied, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001), and *United States v. Fresnares–Torres,* 235

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

F.3d 481, 482 (9th Cir.2000), cert. denied, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001). *See also United States v. Castillo–Rivera,* 244 F.3d 1020, 1024–25 (9th Cir.2001); and *United States v. Arellano–Rivera,* 244 F.3d 1119, 1127 (9th Cir.2001).

Nevertheless, we sua sponte remand to the district court with instructions to correct the judgment of conviction by striking the reference to 8 U.S.C. § 1326(b)(2). *See United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062–63 (9th Cir.2000).

**AFFIRMED** in part, and **REMANDED** in part.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.